AMERICAN FIDELITY & CASUALTY CO., INCORPORATED, et al., Respondents, *v.* NEW AMSTERDAM CASUALTY COMPANY, Appellant, et al., Defendants.

MONROE W. GULLBERG, as Administrator of the Estate of ELEANOR GULLBERG, Deceased, Respondent, *v.* NEW AMSTERDAM CASUALTY COMPANY, Appellant.

Argued October 5, 1948; decided October 22, 1948.

*George R. Fearon* and *M. Harold Dwyer* for appellant.

*George F. Roesch, Martin Rosenblum, David Fishman, Maurice Travers, Ellsworth Baker, Franklin A. Schriver, Wilmot Decker, J. Allan Ballman, Irving Isseks* and *Samuel W. Eager* for Monroe W. Gullberg, respondent.

*David Tepp* for American Fidelity & Casualty Co., Inc., and another, respondents.

Judgments and order affirmed, with costs; no opinion. [See 298 N. Y. 754.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

In the Matter of JOHN I. DE KORTE, Doing Business as MILANVILLE DAIRY, Respondent, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Appellant.

Argued October 11, 1948; decided October 22, 1948.